George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Rand L. Hagerman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rand L. Hagerman, <br><br> Plaintiff, <br> v. <br><br> Equifax Information Services LLC and Bank of America N.A, <br><br> Defendant. | Case No.: 2:20-cv-02089-JAD-VCF <br><br> **Stipulation of dismissal of Bank of America, N.A. with prejudice** <br> **& Order** <br><br> ECF No. 22 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Rand L. Hagerman and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Bank of America, N.A. with prejudice.

///

///

///

STIPULATION - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 23, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Rand L. Hagerman*

**Wright Finlay & Zak**

/s/ Darren Brenner
Darren Brenner, Esq.
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
*Counsel for Bank of America, N.A.*

## ORDER

Based on the stipulation between Plaintiff and Bank of America **[ECF No. 22]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Bank of America are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2021