George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Rand L. Hagerman*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Rand L. Hagerman, | Case No.: 2:20-cv-02089-JAD-VCF |
| Plaintiff, | **Stipulation of dismissal of Equifax Information Services LLC with prejudice**  & Order |
| v. | |
| Equifax Information Services LLC and Bank of America N.A, | ECF No. 25 |
| Defendant. | |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Rand L. Hagerman and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///

///

///

STIPULATION                                             - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 27, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Rand L. Hagerman*

**CLARK HILL PLLC**

/s/ Jeremy Thompson
Jeremy Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Counsel for Equifax Information Services LLC*

**ORDER**

Based on the parties' stipulation **[ECF No. 25]**, which resolves all remaining claims, and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 28, 2021

STIPULATION                                                    - 2 -